Patsy BORRIELLO, Appellant,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF GENERAL SERVICES, Appellee,

Hudson Investment Properties Intervenor.

Supreme Court of Pennsylvania.

Submitted Jan. 27, 1994.

Decided June 9, 1994.

Reargument Denied July 15, 1994.

Robert J. Taylor, Ambridge, for P. Borriello.

Thomas F. Halloran, Pittsburgh, for Atty. General's Office.

James Nevant, II, Hermitage, for Hudson Inv. Properties.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTERMURO, JJ.

### ORDER

PER CURIAM:

The intervenor's Motion to Dismiss is hereby GRANTED and the appellant's appeal is hereby DISMISSED as moot.

FRANK J. MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of ROLF LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.